# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Durkin, Thomas M. | Northern District of Illinois | 05-22-2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court judge | [✓] Nomination  Date 05/21/2012 <br> [ ] Initial  [ ] Annual  [ ] Final <br> 5b. [ ] Amended Report | 01/01/2011 <br> to <br> 04/30/2012 |

**7. Chambers or Office Address**

31 South Wacker Drive, Chicago, Illinois 60606

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1 | Partner | Mayer Brown LLP |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 05/22/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 2012 | Self-employed (attorney) | $270,000.00 |
| 2 | 2011 | Self-employed (attorney) | $609,051.00 |
| 3 | 2010 | Self-employed (attorney) | $651,376.00 |
| 4 | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1 | 2012 | Bead Heaven- hourly worker |
| 2 | 2011 | Bead Heaven- hourly worker |
| 3 | | |
| 4 | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | exempt | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 05.32.2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 05/22/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1 | Merrill Lynch Bank Deposit Program (cash account) | B | Interest | O | J | Exempt | | | | |
| 2 | Los Angeles California Uni, CA General Obligation Muni Bond | C | Interest | K | T | | | | | |
| 3 | Toledo Ohio Cap IMPT, OH General Obligation Muni Bond | | None | L | T | | | | | |
| 4 | Cocoa Fla WTR&SWR REV, FL Revenue Muni Bond | B | Interest | K | T | | | | | |
| 5 | Grand Rapids Mi Bldg AT, Pre-Refunded Muni Bond | B | Interest | K | T | | | | | |
| 6 | Miami-Dade CNTY FLA WTR, FL Revenue Muni Bond | C | Interest | K | T | | | | | |
| 7 | Michigan ST Grant, MI Revenue Muni Bond | C | Interest | K | T | | | | | |
| 8 | New Jersey Economic Dev, NJ Revenue Muni Bond | | None | L | T | | | | | |
| 9 | New Jersey St Transn TR, NJ Revenue Muni Bond | B | Interest | K | T | | | | | |
| 10 | University Tex Univ REV S, TX Pre-Refunded Muni Bond | B | Interest | K | J | | | | | |
| 11 | AUD Australian Govt, Australian Dollar Bond Taxable | C | Interest | L | J | | | | | |
| 12 | BNY Capital Trust IV preferred stock | B | Interest | K | T | | | | | |
| 13 | Goldman Sachs Group Inc preferred stock | B | Interest | L | T | | | | | |
| 14 | JPMorgan Chase Cap XXIX preferred stock | A | Interest | K | J | | | | | |
| 15 | Wells Fargo Capital XI preferred stock | B | Interest | K | J | | | | | |
| 16 | iShares Gold Trust | | None | K | T | | | | | |
| 17 | iShares Silver Trust | | None | K | T | | | | | |

1 Income Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes: (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes: (See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
  U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 05-22-2012 |

# VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Lubbock Tex CTFS OBLIG, TX Pre-Refunded Muni Bond | A | Interest | | | | | | | |
| 19. | Massachusetts St Cons LN, MA Pre-Refunded Muni Bond | B | Interest | | | | | | | |
| 20. | Lakeview MI PUB Sch DT, MI Pre-Refunded Muni Bond | A | Interest | | | | | | | |
| 21. | ISHARES Russell 1000 Growth Index Fund | A | Dividend | | | | | | | |
| 22. | ISHARES Russell 1000 Value Index Fund | B | Dividend | | | | | | | |
| 23. | ISHARES Russell Midcap Value Index Fund | A | Dividend | | | | | | | |
| 24. | ISHARES MSCI EAFE Index Fund | A | Dividend | | | | | | | |
| 25. | ISHARES RS 2000 Growth Index Fund | A | Dividend | | | | | | | |
| 26. | ISHARES RS 2000 Value Index Fund | A | Dividend | | | | | | | |
| 27. | ISHARES MSCI Indonesia Investible Market Blackrock | A | Dividend | | | | | | | |
| 28. | ISHARES MSCI Bric Index Holding | A | Dividend | | | | | | | |
| 29. | ISHARES Russell Midcap Growth Index Fund | A | Dividend | | | | | | | |
| 30. | Dodge & Cox Stock Fund | B | Dividend | J | T | | | | | |
| 31. | Cavanal Hill Cash Management Fund Institutional Class | A | Dividend | N | T | | | | | |
| 32. | T Rowe Price Emerging Mkts Stk Fund | A | Dividend | J | T | | | | | |
| 33. | Vanguard Target Rtrmnt 2025 Fund | A | Dividend | K | T | | | | | |
| 34. | Harbor Capital Appreciation Fund | A | Dividend | J | T | | | | | |

1 Income Gain Codes: A $1,000 or less · B $1,001 - $2,500 · C $2,501 - $5,000 · D $5,001 - $15,000 · E $15,001 - $50,000
(See Columns B1 and D4) · F $50,001 - $100,000 · G $100,001 - $1,000,000 · H1 $1,000,001 - $5,000,000 · H2 More than $5,000,000
2 Value Codes: J $15,000 or less · K $15,001 - $50,000 · L $50,001 - $100,000 · M $100,001 - $250,000
(See Columns C1 and D3) · N $250,001 - $500,000 · O $500,001 - $1,000,000 · P1 $1,000,001 - $5,000,000 · P2 $5,000,001 - $25,000,000
P3 $25,000,001 - $50,000,000 · P4 More than $50,000,000
3 Value Method Codes: Q Appraisal · R Cost (Real Estate Only) · S Assessment · T Cash Market
(See Column C2) · U Book Value · V Other · W Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 05/22/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Inst'l Index Fund | B | Dividend | J | T | | | | | |
| 36. Vanguard Inflation Protect Sec Fund | D | Dividend | N | T | | | | | |
| 37. Chase accounts (various cash accounts) | A | Interest | M | T | | | | | |
| 38. Northern Trust account (cash account) | | None | J | T | | | | | |
| 39. Bank of America account (cash account) | | None | J | T | | | | | |
| 40. University of Iowa Credit Union account (cash account) | | None | J | T | | | | | |
| 41. Nikrud LLC | | None | N | W | | | | | |
| 42. Euro Pacific Growth R6 Fund | A | Dividend | | | | | | | |
| 43. Invesco Constellation Fund | | None | K | T | | | | | |
| 44. JPMorgan TR II Liquid Assets - Money Market Fund | | None | J | T | | | | | |
| 45. Franklin Templeton Founding Funds Allocation Class A | | None | J | J | | | | | |
| 46. BlackRock Large Cap value(c share) | | None | K | T | | | | | |
| 47. Next Gen Client Direct Series, Principal Plus Port (c share) | | None | K | T | | | | | |
| 48. | | | | | | | | | |

1. Income Gain Codes: A = $1,000 or less; B = $1,001 - $2,500; C = $2,501 - $5,000; D = $5,001 - $15,000; E = $15,001 - $50,000
(See Columns B1 and D4) F = $50,001 - $100,000; G = $100,001 - $1,000,000; H1 = $1,000,001 - $5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001 - $50,000; L = $50,001 - $100,000; M = $100,001 - $250,000
(See Columns C1 and D3) N = $250,001 - $500,000; O = $500,001 - $1,000,000; P1 = $1,000,001 - $5,000,000; P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000; P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market
(See Column C2) U = Book Value; V = Other; W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 105 | 516 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities - see schedule | 1 | 853 | 446 | Notes payable to relatives | | 100 | 000 |
| Unlisted securities - see schedule | | 458 | 343 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable | | | |
| Real estate owned - personal residence | | 650 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 40 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Prepaid College Tuition Plus | | 1 | 087 | | | | |
| Corporate Bonds | | 55 | 210 | | | | |
| Municipal Bonds | | 358 | 616 | Total liabilities | | 100 | 000 |
| Mayer Brown Cash Balance Plan | | 897 | 856 | Net Worth | 4 | 320 | 074 |
| Total Assets | 4 | 420 | 074 | Total liabilities and net worth | 4 | 420 | 074 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor on leases or contracts | | 5 | 625 | Are any assets pledged? (Add schedule) | No | | |
| Legal Claims | | | | Are you defendant in any suits or legal actions? | No | | |
| Provision for Federal Income Tax | | | | Have you ever taken bankruptcy? | No | | |
| Other special debt | | | | | | | |